# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAMID AL RAZAK,                              :
                                             :
                    Petitioner,              :
                                             :
        v.                                   :        Civil Action No. 05-1601 (GK)
                                             :
BARACK OBAMA, *et al.*,                      :
                                             :
                    Respondents.             :

## ORDER

On October 5, 2016, the Court of Appeals vacated and remanded the Court's Memorandum Opinion of March 29, 2016, and instructed this Court to dismiss the case as moot.

**WHEREFORE**, it is this 20th day of December, 2016, hereby

**ORDERED**, that this is case is hereby **dismissed as moot**,

_G Ludys Kessler_
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**